ROBERT A. SCHWARTZ (SBN 92315)
SCHWARTZ & DEUTSCH, LLP
333 South Grand Avenue,
Suite 3400,
Los Angeles, CA 90071
(213) 236-9494

Attorney for Plaintiff
RHONDA SAFERSTEIN



12/11/2019 - NUNC PRO TUNG TO 12/7/2019

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA SAFERSTEIN, | CASE NO. CV 87 07262 RG (Bx) |
| Plaintiff, | |
| vs. | RENEWAL OF JUDGMENT BY CLERK |
| SHIPPERS INDEX, BARRY LEVINE, JEFFREY ALLEN, and SCHEALL DRIVE AWAY SYSTEM, INC., A Colorado Corporation, CONTINENTAL TRANSPORTATION NETWORK, INC. A New Mexico Corporation, | |
| Defendants. | |

The Judgment in favor of Rhonda Saferstein and against Judgment Debtors Barry Levine, Shippers Index and Continental Transportation Network, Inc. was entered on January 8, 1990: in the sum of $164,139.80 as against Barry Levine and Shippers Index, jointly and severally, and in the sum of $64,139.80 as against Continental Transportation Network, Inc.

The aforesaid judgment was renewed on December 22, 1999 with a renewed judgment in the sum of $342,212.63 as against Barry Levine and Shippers Index, jointly and severally, and $133.724.11 as against Continental Transportation Network, Inc.

1

RENEWAL OF MONEY JUDGMENT

The aforesaid judgment was renewed on December 7, 2009 with a renewed judgment in the sum of $602,192.55 as against Barry Levine and Shippers Index, jointly and severally, and $235,314.70 as against Continental Transportation Network, Inc.

The aforesaid Judgment Creditor has filed an Application for and Renewal of Judgment. Post judgment interest has accrued on said renewed Judgment, in the sum of $101,978.52 as against Barry Levine and Shippers Index, and $39,849.45 as against Continental Transportation Network, Inc.

Accordingly, the aforesaid Judgment is hereby renewed as follows:

i. in favor of Judgment Creditor Rhonda Saferstein and against Judgment Debtors Barry Levine and Shippers Index, jointly and severally, in the sum of $704,171.07;

ii. in favor of Judgment Creditor Rhonda Saferstein and against Judgment Debtor Continental Transportation Network, Inc. in the sum of $275,164.15.

Dated: 12/11/2019

NUNC PRO TUNC TO 12/7/2019

KIRY K. GRAY
Clerk, United States District Court

By: *Sharon Hall Brown*
Deputy Clerk